# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HEALTHTRIO, INC. | ) | Case No. 09-34404 HRT |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DAVID E. LEWIS, as Chapter 7 Trustee | ) | Adversary No.14-01215 HRT |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| GLENN W. MERRICK, G.W. MERRICK ASSOCIATES, LLC and ASMA GULL HASAN | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on Plaintiff Trustee's Motion For Withdrawal of Reference After the Completion of Discovery and Readiness for Trial (the "Motion", docket #44) filed February 8, 2015, Defendant Asma Hasan's Response (docket #64) filed February 23, 2015, Defendants' Glenn W. Merrick and G.W. Merrick & Associates, LLC's Response (docket #65) filed February 23, 2015, and Plaintiff Trustee's Reply thereto (docket #66) filed March 2, 2015.  Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LCivR 84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference After the Completion of Discovery and Readiness for Trial and any relevant documents to the U.S. District Court for further action.

Dated: March 3, 2015                          BY THE COURT:

*Howard Tallman*
United States Bankruptcy Court Judge