**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00455-REB
(Bankruptcy Case No. 09-34404 HRT (Chapter 7),
Adversary Proceeding No. 14-01215 HRT)

In re:

HEALTHTRIO, INC.,

    Debtor.

---

DAVID E. LEWIS, CHAPTER 7 TRUSTEE,

    Plaintiff,

v.

GLEN W. MERRICK,
G.W. MERRICK & ASSOCIATES, LLC,
ASMA GULL HASAN,

    Defendants.

---

## ORDER

**Blackburn, J.**

    This matter is before me on the following: (1) **Defendants' Joint Objection To Judge Tallman's Order Denying Defendants' Motion for a Protective Order** [#14][1] filed November 4, 2014; and (2) **Defendants' Joint Notice of Mootness of Objection To Judge Tallman's order Denying Defendants' Motion for a Protective Order [Dk. 14]** [#16] filed November 18, 2015.  In the notice of mootness [#16], the defendants

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

report that the objection [#14] has been resolved and now is moot. As a result, the defendants request that the objection be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the request to dismiss the objection [#14] stated in the **Defendants' Joint Notice of Mootness of Objection To Judge Tallman's order Denying Defendants' Motion for a Protective Order [Dk. 14]** [#16] filed November 18, 2015, is granted; and

2. That the **Defendants' Joint Objection To Judge Tallman's Order Denying Defendants' Motion for a Protective Order** [#14] filed November 4, 2014, is dismissed and terminated on the docket.

Dated November 25, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge